**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CLEO E. DUNCAN**                                                                                           **PLAINTIFF**

**V.**                               **CASE NO.: 1:07CV00054 BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                                          **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Remand (docket entry #7).  Plaintiff does not object.  For good cause shown, Defendant's motion (#7) is GRANTED.

This case is hereby remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record and, if necessary, for a supplemental hearing.  Specifically, the Administrative Law Judge should: (a) update the medical evidence, including records of any treatment for Plaintiff's mental impairments, (b) further evaluate Plaintiff's mental impairments, including those factors relating to the ratings found in the Posttraumatic Stress Disorder analysis, and (c) if necessary, obtain testimony from a mental health professional to clarify the severity of Plaintiff's mental impairments.

IT IS SO ORDERED this 7th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE