**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CLEO E. DUNCAN**                                                                          **PLAINTIFF**

**V.**                     **CASE NO.: 1:07CV00054 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                  **DEFENDANT**

**JUDGMENT**

In accordance with the Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 7th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE