**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CLEO E. DUNCAN**                                                                                       **PLAINTIFF**

**V.**                          **CASE NO.: 1:07CV00054 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                      **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #10).  Plaintiff requests fees in the amount of $491.25 and expenses in the amount of $52.53.  The Commissioner does not object to the amount requested by the Plaintiff (#12).  Accordingly, Plaintiff's motion (#10) is GRANTED and Plaintiff is awarded $491.25 in fees and $52.53 in expenses, for a total award of $543.78.

IT IS SO ORDERED this 17th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE